MICHAEL S. DANKO (111359)
STEPHEN J. PURTILL (100102)
KRISTINE K. MEREDITH (158243)
O'REILLY, COLLINS & DANKO
1900 O'Farrell Street, Suite 360
San Mateo, California 94403
(650) 358-5901 Telephone
(650) 358-2575 Facsimile
spurtill@oreillylaw.com
Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| ALAN REINIG, | Case No.: C 03-344 VRW |
|---|---|
| Plaintiff, | |
| vs. | STIPULATION AND [PROPOSED] ORDER TO REMOVE CASE FROM MEDIATION |
| LUFTHANSA AIRLINES, | |
| Defendants. | |

This stipulation to remove this case from mediation is entered into by and between plaintiff ALAN REINIG by and through his counsel of record, O'Reilly, Collins & Danko; and defendants LUFTHANSA AIRLINES by and through their counsel of record, Condon & Forsyth LLP, with respect to the following:

//

//

-1-
STIPULATION AND [PROPOSED] ORDER TO REMOVE CASE FROM MEDIATION
Case No.: C 03-344 VRW

1. By order dated November 12, 2003, the Court appointed a mediator for this action.

2. On June 22, 2004, the MDL Panel granted certain plaintiffs' motion to consolidate the DVT actions-*In re DVT Litigation*, MDL NO.1606-before this court.

3. The parties do not believe that mediation can occur until threshold legal issues are resolved by the Court.

IT IS HEREBY STIPULATED by and between the parties of record herein, through their respective attorneys of record, that this case should be removed from mediation.

**STIPULATED AND AGREED TO:**

DATED: July 27, 2005          O'REILLY, COLLINS & DANKO

By: _____
Stephen J. Purtill
Attorney for Plaintiff

[signatures continued on next page]

//
//
//
//
//
//
//

-2-
STIPULATION AND [PROPOSED] ORDER TO REMOVE CASE FROM MEDIATION
Case No.: C 03-344 VRW

DATED: July 27, 2005

CONDON & FORSYTH LLP

By: _____
Kevin Sutherland
Attorney for Defendant
LUFTHANSA AIRLINES

**ORDER**

It is so ordered.

X 9 AUG 2005

_____
JUDGE VAUGHN R. WALKER
UNITED STATES DISTRICT COURT

-3-
STIPULATION AND [PROPOSED] ORDER TO REMOVE CASE FROM MEDIATION
Case No.: C 03-344 VRW